# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>XCAST LABS, INC.,<br><br>Respondent. | Case No. Misc. 21-1026 MWF (MRWx)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Application, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Respondent has objected, and the government's response. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that the Application for an order compelling compliance with the FTC's civil investigative demand be granted and judgment be entered in the government's favor.

DATE: January 6, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge