Case 2:21-mc-01026-MWF-MRW Document 26 Filed 01/06/22 Page 1 of 1 Page ID #:368

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. Misc. 21-1026 MWF (MRWx) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| XCAST LABS, INC., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the government's application for enforcement of its administrative subpoena is GRANTED. Respondent XCast Labs is ORDERED to comply in full with the civil investigative demand within 21 days.

DATE: January 6, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge